IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JASON THOMAS, ) | No. C 14-04611 EJD (PR) |
| Plaintiff. ) | ORDER OF DISMISSAL |

On October 15, 2014, Plaintiff filed a letter which was construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983.  On the same day, the Clerk sent Plaintiff a notice that his civil action was deficient because he did not pay the filing fee or file an In Forma Pauperis ("IFP") application.  (Docket No. 3.)  The notice included the warning that Plaintiff must respond within twenty-eight days to avoid dismissal of this action.  (Id.)  A separate notice was sent directing Plaintiff to file a proper complaint within twenty-eight days to avoid dismissal of the action.  (Docket No. 2.)  The deadline has passed, and Plaintiff has not filed an IFP application or paid the filing fee, nor has Plaintiff filed a proper complaint.  Accordingly, Plaintiff's case is DISMISSED without prejudice.

The Clerk shall terminate any pending motions and close the file.

DATED: 11/26/2014

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
04611Thomas_dism-ifp&compl.wpd                    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JASON L. THOMAS,

    Plaintiff.

Case Number: CV14-04611 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   12/1/2014  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason L. Thomas T-13205
CSP-SAC
P. O. Box 290066
Represa, CA 95671

Dated:   12/1/2014

                        Richard W. Wieking, Clerk
               /s/ By: Elizabeth Garcia, Deputy Clerk